# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SEDRIC A. SMITH ) <br> ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF MILWAUKEE ) <br> POLICE OFFICER JUSTIN ARREDONDO ) <br> POLICE OFFICER JEREMY A. WEBER ) <br> ) <br>     Defendants. ) | Case No. 25CV00192 |

## JOINT MOTION TO STAY PROCEEDINGS

The parties, by their undersigned counsel, hereby move the Court for an order staying all case deadlines and pending motions in the above captioned case until October 31, 2025.

The parties have carefully considered this request, and acknowledge this Court's Comprehensive Protocols and Procedures filed as ECF Doc. 3 which outlines deadlines will not be stayed while the parties explore settlement in this matter. However, the parties present this Court with a request for an exception to this rule in light of the unique circumstances which apply to the parties settlement efforts.

This Court has awarded the Plaintiff an entry of default against all Defendants, which include the City of Milwaukee and two City of Milwaukee Police Officers. Entry of Default, Apr. 24, 2025. After denying Defendants' motion to set

1

aside the entry of default, the parties immediately engaged in settlement discussions for a full and final resolution of the matter. While private resolution discussions are ongoing, present deadlines require the Plaintiff to file a renewed motion for default judgment by August 12, 2025. ECF Doc. 25.

The Defendant faces unique challenges in obtaining settlement authority to resolve this matter. This challenge is due to the City of Milwaukee's status as a municipal corporation and Milwaukee Code of Ordinances ("MCO") restricting settlement authority to the Common Council. While the City Attorney's office may recommend settlement positions to its clients, approval of settlements in excess of $5,000 is not left to the discretion of the City Attorney's office. MCO § 304-7 (1). Larger settlements be fully adopted by the Common Council of the City of Milwaukee. MCO § 4-10, 4-32. The next meeting of the Common Council is scheduled for September 23, 2025[1]. Under the current briefing schedule, the Plaintiff's motion for default will be fully briefed prior to the September 23, 2025 Common Council meeting. This briefing would alter the status of the litigation and may influence the parties' settlement positions, which would engender further approval and consideration of the Common Council on behalf of the Defendants.

The parties believe a stay of case deadlines and pending motions will best serve judicial efficiency in this case and preserve limited court resources. Allowing the parties a brief stay of case deadlines to allow the City of Milwaukee's settlement authority process to play out is likely to provide the parties with a full resolution of

---

[1] *See* https://milwaukee.legistar.com/Calendar.aspx.

the matter without further Court participation. Should the parties fail to resolve the matter prior to October 31, 2025, this Court would have not expended duplicitous or unnecessary time due to the stay.

The parties respectfully request an exception to the general rule, allowing a brief stay in this matter in light of the unique circumstances of the parties and ongoing resolution efforts.

No memorandum or other supporting papers will be filed in support of this motion.

Dated at Milwaukee, Wisconsin this 5th day of August, 2025.

**AxePoint Law**
*Attorneys for Plaintiff*

*Electronically signed by:*
*/s/ O. Emil Ovbiagele*
State Bar No. 1089677
Samantha H. Baker
State Bar No. 1101385

826 N Plankinton Ave Suite 600
Milwaukee, WI 53203
(414) 585-0588 (office)
(414) 255-3031 (fax)
emil@axepoint.com
samantha@axepoint.com

Dated at Milwaukee, Wisconsin this 5th day of August, 2025.

**Evan C. Goyke**
City Attorney
*Attorneys for Defendants*

*Electronically signed by:*

*/s/ Naomi E. Sanders*
Naomi E Sanders

3

State Bar No. 1061388

200 E Wells Street
City Hall 800
Milwaukee, WI 53202
(414) 286-2620 (telephone)
(414) 286-8550 (fax)
nsande@milwaukee.gov