# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SEDRIC A. SMITH )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF MILWAUKEE )<br>POLICE OFFICER JUSTIN ARREDONDO )<br>POLICE OFFICER JEREMY A. WEBER )<br>)<br>    Defendants. ) | Case No. 25CV00192 |

## JOINT MOTION TO EXTEND TIME FOR RENEWED MOTION FOR DEFAULT JUDGMENT

The parties, by their undersigned counsel, hereby move the Court for an order extending Plaintiff's deadline to file a renewed motion for default judgment to on or before December 19, 2025.

The parties have previously requested an extension of this deadline twice to accommodate further settlement discussions between the parties, which includes a requirement by the Defendants to obtain appropriate government approvals. *See* Dkt. Nos. 26, 27. In the most recent request, the parties had come to a written agreement to resolve Plaintiff's claims, which was subject to approval by the Judiciary and

1

Legislation Committee of the Milwaukee Common Council at its scheduled session on November 17, 2025[1].

With only short notice to Defendants' counsel prior to the meeting, the Judiciary and Legislation Committee voted to hold the matter open on November 17, 2025. As a result, the Defendant has not obtained the necessary committee approval prior to the Common Council meeting scheduled for November 25, 2025. Counsel for Defendants has represented that, upon providing further information and background to the Judiciary and Legislation Committee, it shall obtain the necessary votes at the next Committee meeting, scheduled for December 8, 2025. However, the ensuing Common Council meeting will occur on December 16, 2025, after Plaintiff's existing deadline to file its renewed motion for default judgment on December 12, 2025.

As noted above, the parties expect the settlement to be fully ratified by the Defendants at the December 16, 2025, Common Council hearing. In light of the agreement reached by the parties, the parties respectfully request an additional extension to Plaintiff's deadline to file its renewed motion for default judgment to December 19, 2025.

No memoranda or other supporting papers will be filed in support of this motion.

Dated at Milwaukee, Wisconsin this 1st day of December, 2025.

**AxePoint Law**

---

[1] *See* https://milwaukee.legistar.com/Calendar.aspx.

*Attorneys for Plaintiff*

*Electronically signed by:*
*/s/ Samantha H. Baker*
Samantha H. Baker
State Bar No. 1101385
Emil Ovbiagele
State Bar No. 1089677

826 N Plankinton Ave Suite 600
Milwaukee, WI 53203
(414) 585-0588 (office)
(414) 255-3031 (fax)
emil@axepoint.com
samantha@axepoint.com

Dated at Milwaukee, Wisconsin this 1st day of December, 2025.

**Evan C. Goyke**
City Attorney
*Attorneys for Defendants*

*Electronically signed by:*

*/s/Naomi E. Sanders*
Naomi E. Sanders
State Bar No. 1061388

200 E Wells Street
City Hall 800
Milwaukee, WI 53202
(414) 286-2620 (telephone)
(414) 286-8550 (fax)
nsande@milwaukee.gov