**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| SEDRIC A. SMITH | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25CV00192 |
| | ) | |
| CITY OF MILWAUKEE | ) | |
| POLICE OFFICER JUSTIN ARREDONDO | ) | |
| POLICE OFFICER JEREMY A. WEBER | ) | |
| | ) | |
| Defendants. | ) | |

# STIPULATION FOR DISMISSAL

The Parties, by and through their undersigned counsel, hereby stipulate and agree that all claims raised by the Parties in this action have been settled and that this action shall be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Dated at Milwaukee, Wisconsin this 17th day of December 2025.

**AxePoint Law**
*Attorneys for Plaintiff*

*Electronically signed by:*
*/s/ Emil Ovbiagele*
Emil Ovbiagele
State Bar No. 1089677
Samantha H. Baker
State Bar No. 1101385

826 N Plankinton Ave Suite 600

Milwaukee, WI 53203
(414) 585-0588 (office)
(414) 255-3031 (fax)
emil@axepoint.com
samantha@axepoint.com

Dated at Milwaukee, Wisconsin this 17th day of December, 2025.

**Evan C. Goyke**
City Attorney
*Attorneys for Defendants*

*Electronically signed by:*

*/s/Naomi E. Sanders*
Naomi E. Sanders
State Bar No. 1061388

200 E Wells Street
City Hall 800
Milwaukee, WI 53202
(414) 286-2620 (telephone)
(414) 286-8550 (fax)
nsande@milwaukee.gov